# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PLAINTIFF:

*Sudad Kunaish*

vs.

CIVIL ACTION NO. 1:08-CV-00131 R.C.L

DEFENDANT:

*Pete Geren*
*Secretary - Department of Army*

### AFFIDAVIT OF SERVICE

I, *Sudad Kunaish* hereby declare that on the 14 day of *Feb.*, 2008, I mailed a copy of the summons and complaint, certified mail return receipt requested, to *U.S. Attorney General*. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*U.S. Attorney General*
*950 PennsyLvania ave NW*
*Washington D.C. 2000l*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
FEB 2 0 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7006 3450 0002 9751 6302

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**RECEIVED**
MAR 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Sudad Kunaish*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PLAINTIFF

Sudad Kunaish

vs.

CIVIL ACTION NO. 1:08_CV_00131
R.C.L

DEFENDANT

Pete Geren   Secretary
Department of the Army **AFFIDAVIT OF SERVICE**

I, Sudad · Kunaish hereby declare that on the
14 day of Feb , 20 08 , I mailed a copy of the summons and
complaint, certified mail return receipt requested, to Pete Geren . Attached hereto is the
certified green card acknowledging service.

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name* )   C. Date of Delivery <br> 22/Feb/08 |
| 1. Article Addressed to: <br> Pete Geren  Secretary <br> Department of the Army <br> 101 Army Pentagon <br> Washington D.C 20310 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| | 3. Service Type <br> ☐ Certified Mail ☐ Express Mail <br> ☐ Registered ☐ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)* | ,0 0002 9751 6319 |
| PS Form 3811, February 2004     Domestic Return Receipt | 102595-02-M-1540 |

RECEIVED
MAR 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sudad Kunaish

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PLAINTIFF

*Sudad Kunaish*

VS.

CIVIL ACTION NO. 1: 08 — CV_ 00131
R.C.L

DEFENDANT

*Pete Geren*
*Secretary*
*Department of The Army* **AFFIDAVIT OF SERVICE**

I, *Sudad Kunaish* hereby declare that on the

*14* day of *Feb.*, 20*08*, I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *U.S. Attorney*. Attached hereto is the
*of D.C.*

certified green card acknowledging service.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Samuel L Parker*  ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) C. Date of Delivery<br>**FEB 2 0 2008** |
| 1. Article Addressed to:<br>*U.S. Attorney for the*<br>*District of Colombia*<br>*501 Third Street N.W*<br>*Washington D.C. 20001* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)  7006 3450 0002 9751 6289 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

RECEIVED

MAR 0 4

NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

*Sudad Kunaish*