# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SUDAD KUNAISH**<br>**2361 Hunters Square CT**<br>**Reston, VA 20191**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**PETE GEREN, Secretary,**<br>**Department of the Army,**<br><br>　　　　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　Civil Action No. 08-0131(RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　BRIAN C. BALDRATE
　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　202-353-9895 / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

SUDAD KUNAISH  
2361 Hunters Square Court  
Reston, VA 20191

on this _____ day of March, 2008.

                                                _____/s/_____  
                                                BRIAN C. BALDRATE  
                                                Special Assistant United States Attorney  
                                                Civil Division  
                                                555 Fourth St., N.W.  
                                                Washington, D.C.  20530  
                                                202-353-9895  / FAX 202-514-8780