IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| SUDAD KUNAISH, <br><br> Plaintiff <br><br> v. <br><br> PETE GEREN, Secretary of the Army <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08-0131 <br> ) (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) |

## OPPOSITION TO DEFENDANT MOTION TO DISMISS

Plaintiff Sudad Kunaish (Pro Se) opposes the Defendant motion filed on 04/22/2008 to dismiss the case claiming my filing was not timely.

I cured the defect, I am paid the money; there is no time limit on paying the court fees.

- After the application to Proceed *In Forma Pauperis* (IFP) was denied on Dec 28 2007, I checked with two different court clerks and they assured me that there is no time limit for paying the fees.

- The cases that the defendant cited in his **Motion to Dismiss** do not apply to my situation, non of the rules or regulations sited in the defendant's motion shows any time limits on paying the court fees after the complaint is received by the court clerk (Clerk's stamp at the top right of the page indication receipt on November 30, 2007).

I filed the complaint timely and the Motion to Dismiss should be denied.

Respectfully submitted,

Sudad Kunaish

Plaintiff Pro Se

2361 Hunters Square Ct
Reston VA 20191
(703) 677-6259

RECEIVED
MAY - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 06, 2008, I served a copy of the foregoing Opposition Motion, by first class mail, postage paid on the following:

BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895

Sudad Kunaish

Plaintiff Pro Se

2361 Hunters Square Ct
Reston VA 20191
(703) 677-6259

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUDAD KUNAISH,<br><br>Plaintiff<br><br>v.<br><br>PETE GEREN,<br><br>Secretary of the Army<br><br>Defendant | Civil Action No. 08-0131 (RCL) |

## ORDER

Upon considering the plaintiff's opposition and defendant's Motion to Dismiss, and the rules and regulations cited in the motion, it is herby:

Ordered that the Defendant Motion to dismiss the case is DENIED

Dated this _____ day of _____ , 2008 .

_____
Royce C. Lamberth
United States District Judge

Copies to:
Counsel for Defendant via ECF , and to Plaintiff via First Class Mail.