## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUDAD KUNAISH,

      Plaintiff,

    v.                                                                     Civil Action No. 08-0131 (RCL)

PETE GEREN,
Secretary of the Army

      Defendant.

### <u>ORDER</u>

      Upon consideration of Defendant's Motion to Dismiss, the opposition and reply thereto,

and the entire record of this case, it is hereby

      **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** for the reasons set forth

in defendant's reply memorandum.

        ————————    ————————

      Signed by Royce C. Lamberth, Chief Judge, on June 2, 2008.

Copies to:
Counsel for Defendant via ECF and to Plaintiff via First Class Mail